ALVAH KELLOGG, *Appellant*, v. JOHN S. CLARK and another, *Administrators, etc., Respondents.* — Judgment affirmed with costs to the respondents. Opinion by TALCOTT, P. J.; SMITH, J., not voting.

MARIE ANTOINETTE SANFORD, *Respondent*, v. ANN H. PRESTON, *Appellant.*— Order reversed with ten dollars costs and disbursements and motion to vacate attachment granted with ten dollars costs. Opinion by TALCOTT, P. J.